**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VERNON GREEN,** ) | CV F 10 – 1251 AWI GSA |
| ) | |
| **Plaintiff**, ) | ORDER VACATING |
| ) | HEARING DATE OF |
| v. ) | SEPTEMBER 27, 2010, AND |
| ) | TAKING MATTER UNDER |
| **BANK OF AMERICA MORTGAGE** ) | SUBMISSION |
| **CAPITAL CORPORATION, BANK OF** ) | |
| **AMERICA, RECONTRUST** ) | |
| **COMPANY, and Does 1 through 10,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

    This is an action for injunctive relief by plaintiff Vernon Green ("Plaintiff"), representing himself *in pro per*, against defendants Recontrust Co., Bank of America Mortgage Capital Corp., and Bank of America ("Defendants"). Defendants have notice for hearing and decision a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was scheduled for oral argument to be held September 27, 2010. The Court has reviewed Plaintiffs' motion. Plaintiff's opposition, which was due not later than September 20, 2010, was not filed as of that date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 27, 2010, is VACATED, and no party shall appear at that time. As of September

27, 2010, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     September 22, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2